No. 95–861.  TONQUIN FISHERIES, INC., OWNER OF THE F/V TONQUIN v. WARD, MOTHER OF TOUSIGNANT, CAPTAIN OF THE

ABOVE-NAMED VESSEL, ET AL. C. A. 9th Cir. Certiorari denied.